# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FOX, JAMES C. | U.S. DISTRICT COURT, NC | 07/10/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - SENIOR | ☐ Nomination    Date <br> ☐ Initial  ☑ Annual  ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

UNITED STATES DISTRICT COURT
P.O. BOX 2143
WILMINGTON, NC 28402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TESTAMENTARY LIMITED POWER OF APPOINTMENT | TRUST # 1 |
| 2. | TESTAMENTARY LIMITED POWER OF APPOINTMENT | TRUST # 2 |
| 3. | TRUSTEE | FOUNDATION # 1 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 07/10/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 07/10/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 07/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA # 2 | A | Int./Div. | K | T | | | | | |
| 2. - AUTOMATIC DATA PROCESSING INC COMM | | | | | | | | | |
| 3. - CDK GLOBAL HOLDINGS LLC COMM | | | | | Spinoff (from line 2) | 10/01/14 | J | | |
| 4. - MEDTRONIC COMM | | | | | Sold (part) | 10/07/14 | J | A | |
| 5. - MICROSOFT CORP COMM | | | | | | | | | |
| 6. - PFIZER COMM | | | | | | | | | |
| 7. - WELLS FARGO ADVISORS BANK DEPOSIT SWEEP M/M | | | | | | | | | |
| 8. IRA # 1 | B | Int./Div. | M | T | | | | | |
| 9. - AT&T INC COMM | | | | | Buy | 10/07/14 | J | | |
| 10. - COACH INC COMM | | | | | Buy | 10/07/14 | J | | |
| 11. - ISHARES COMEX GOLD TRUST MF | | | | | Sold | 02/26/14 | L | | |
| 12. - I SHARES SILVER TRUST MF | | | | | Sold | 02/26/14 | L | | |
| 13. - VERIZON COMMUNICATIONS COMM | | | | | Buy | 10/07/14 | J | | |
| 14. - WELLS FARGO ADVISORS BANK DEPOSIT SWEEP M/M | | | | | | | | | |
| 15. BROKERAGE # 1 (H) | | | | | | | | | |
| 16. - COACH INC COMM | B | Dividend | L | T | | | | | |
| 17. - EATON VANCE CAPITAL EXCHANGE FD MF | E | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 07/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - FEDERATED EQUITY INCM CL A MF | E | Distribution | M | T | | | | | |
| 19. - WELLS FARGO ADVISORS BANK DEPOSIT SWEEP M/M | A | Interest | L | T | | | | | |
| 20. BROKERAGE # 2 (H) | | | | | | | | | |
| 21. - EATON VANCE CAPITAL EXCHANGE FD MF | E | Dividend | P1 | T | | | | | |
| 22. - FEDERATED EQUITY INCM CL A MF | E | Distribution | M | T | | | | | |
| 23. - WELLS FARGO ADVISORS BANK DEPOSIT SWEEP M/M | A | Interest | K | T | | | | | |
| 24. CHESTNUT STREET EXCHANGE FUND MF # 1 | E | Dividend | O | T | | | | | |
| 25. INVESCO VAN KAMPEN EXCHANGE FUND MF # 1 | B | Dividend | L | T | | | | | |
| 26. CHESTNUT STREET EXCHANGE FUND MF # 2 | E | Dividend | O | T | | | | | |
| 27. INVESCO VAN KAMPEN EXCHANGE FUND MF # 2 | D | Dividend | N | T | | | | | |
| 28. CITIENERGY LLC | | None | J | T | | | | | |
| 29. AMERICAN ENERGY INCOME FUND LLC | A | Distribution | J | T | | | | | |
| 30. TRUST # 1 | E | Int./Div. | O | T | | | | | NOTE A |
| 31. - AIM GRWTH SER INVESCO GRWTH SER MF | | | | | | | | | |
| 32. - CALAMOS MARKET NEUTRAL MF | | | | | Merged (with line 33) | 09/19/14 | J | | |
| 33. - CALAMOS INVT TR NEW MARKET NEUTRAL INCM FUND CL I MF | | | | | Open | 09/19/14 | J | | |
| 34. - DODGE & COX INCOME FUND MF | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 07/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - DODGE & COX INTERNATIONAL MF | | | | | Sold (part) | 01/16/14 | J | C | |
| 36. | | | | | Buy (add'l) | 03/26/14 | J | | |
| 37. | | | | | Sold (part) | 08/01/14 | J | A | |
| 38. - EXXON MOBILE CORP COMM | | | | | | | | | |
| 39. - FOWARD FUNDS FRONTIER MARKETSTRAT FUND INSTL MF | | | | | Buy | 08/01/14 | K | | |
| 40. - ING REAL ESTATE FUND MF | | | | | Merged (with line 66) | 05/05/14 | J | | |
| 41. - HEARTLAND VALUE PLUS INST MF | | | | | | | | | |
| 42. - ISHARES TR RUSSELL 2000 GRWTH INDEX FUND MF | | | | | | | | | |
| 43. - JP MORGAN MC VALUE INSTL MF | | | | | | | | | |
| 44. - LOOMIS SAYLES BOND FUND INST MF | | | | | Buy | 05/27/14 | K | | |
| 45. - MATTHEWS ASIA PACIFIC DIVIDEND FD MF | | | | | Sold (part) | 01/16/14 | J | A | |
| 46. | | | | | Buy (add'l) | 03/26/14 | J | | |
| 47. | | | | | Sold (part) | 08/01/14 | J | A | |
| 48. - OPPENHEIMER DEVELOPING MARKETS FUNDS CL Y MF | | | | | Sold (part) | 03/21/14 | J | B | |
| 49. | | | | | Sold (part) | 08/01/14 | J | B | |
| 50. | | | | | Merged (with line 51) | 09/23/14 | K | | |
| 51. - OPPENHEIMER DEVELOPING MARKETS FUNDS CL I MF | | | | | Open | 09/23/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 07/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - OPPENHEIMER INTL SMALL CO FUND CL Y MF | | | | | Buy | 01/17/14 | J | | |
| 53. | | | | | Buy (add'l) | 03/26/14 | J | | |
| 54. | | | | | Merged (with line 55) | 09/23/14 | J | | |
| 55. - OPPENHEIMER INTL SMALL CO FUND CL I MF | | | | | Open | 09/23/14 | J | | |
| 56. - OPPENHEIMER SR FLOATING RATE FD CL Y MF | | | | | Merged (with line 57) | 09/24/14 | K | | |
| 57. - OPPENHEIMER SR FLOATING RATE FD CL I MF | | | | | Open | 09/24/14 | K | | |
| 58. - PIMCO EMERGING MARKETS BOND FUND MF | | | | | | | | | |
| 59. - PIMCO HIGH YIELD FUND MF | | | | | | | | | |
| 60. - PIMCO LOW DURATION FUND MF | | | | | | | | | |
| 61. - PRUDENTIAL JENNISON MID CAP GROWTH FD INC CL Z MF | | | | | | | | | |
| 62. - PRUDENTIAL SHORT TERM CORPORATE BOND FD MF | | | | | | | | | |
| 63. - RS GLOBAL NATURAL RESOURCES FUND MF | | | | | Sold | 08/11/14 | K | C | |
| 64. - SALIENT MF TR SALIENT MLP ENERGYINFRASTRUCTURE FUND Ii CL I | | | | | Buy | 08/01/14 | K | | |
| 65. - VANGUARD SHORT TERM BOND INDEX FUND MF | | | | | Sold | 05/27/14 | K | | |
| 66. - VOYA EQUITY TR REAL ESTATE FUND CL I | | | | | Open | 05/05/14 | J | | |
| 67. - WELLS FARGO ADVISORS INTRINSIC VALUE FUND MF | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 07/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. - WELLS FARGO FDS TR LC GROWTH FDINSTL MF | | | | | | | | | |
| 69. - PRIME CASH OBLIGATIONS FUND M/M | | | | | | | | | NOTE E |
| 70. TRUST # 2 | E | Int./Div. | O | T | | | | | NOTE B |
| 71. - AIM GRWTH SER INVESCO GRWTH SER MF | | | | | | | | | |
| 72. - CALAMOS MARKET NEUTRAL MF | | | | | Merged (with line 73) | 09/19/14 | J | | |
| 73. - CALAMOS INVT TR NEW MARKET NEUTRAL INCM FD CL I MF | | | | | Open | 09/19/14 | J | | |
| 74. - COLUMBIA INCOME FUND MF | | | | | | | | | |
| 75. - DODGE & COX INTNL FUND MF | | | | | Sold (part) | 01/16/14 | J | D | |
| 76. | | | | | Buy (add'l) | 03/26/14 | J | | |
| 77. - FORWARD FUNDS MARKETSTRAT FUND INSTLCL MF | | | | | Buy | 08/01/14 | K | | |
| 78. - HARBOR CAPITAL APPRECIATION FD MF | | | | | | | | | |
| 79. - HEARTLAND VALUE PLUS INST MF | | | | | | | | | |
| 80. - ING INTNL REAL ESTATE FD MF | | | | | Merged (with line 104) | 05/05/14 | J | | |
| 81. - ISHARES TR RUSSELL 2000 GRWTH INDES MF | | | | | | | | | |
| 82. - JP MORGAN MC VALUE INSTL MF | | | | | Sold (part) | 08/01/14 | J | B | |
| 83. - LOOMIS SAYLES BOND FUND INSTL MF | | | | | Buy | 05/27/14 | K | | |
| 84. - MATTHEWS ASIA PACIFIC DIVIDEND FD | | | | | Sold (part) | 01/16/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 07/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | | | | | Buy | 03/26/14 | J | | |
| 86. - NUVEEN FLAGSHIP NC MUNI BOND FD MF | | | | | | | | | |
| 87. - OPPENHEIMER DEVELOPING MKTS FDS CL Y MF | | | | | Sold (part) | 03/21/14 | J | A | |
| 88. | | | | | Sold (part) | 08/01/14 | J | B | |
| 89. | | | | | Merged (with line 90) | 09/23/14 | K | | |
| 90. - OPPENHEIMER DEVELOPING MKTS FDS CL I MF | | | | | Open | 09/23/14 | K | | |
| 91. - OPPENHEIMER INTL SMALL CO FUND CL Y MF | | | | | Buy | 01/17/14 | K | | |
| 92. | | | | | Merged (with line 93) | 09/23/14 | J | | |
| 93. - OPPENHEIMER INTL SMALL CO FUND CL I MF | | | | | Open | 09/23/14 | J | | |
| 94. - OPPENHEIMER SR FLOATING RATE FD CL Y MF | | | | | Merged (with line 95) | 09/24/14 | K | | |
| 95. - OPPENHEIMER SR FLOATING RATE FD CL I MF | | | | | Open | 09/24/14 | K | | |
| 96. - PARNASSUS EQUITY INCOME FUND MF | | | | | | | | | |
| 97. - PIMCO EMERGING MARKETS BOND FUND MF | | | | | | | | | |
| 98. - PIMCO LOW DURATION FUND MF | | | | | | | | | |
| 99. - PRUDENTIAL JENNISON MID CAP GROWTH FD INC CL Z MF | | | | | Sold (part) | 08/01/14 | J | C | |
| 100. - PRUDENTIAL SHORT TERM CORPORATE BOND FD MF | | | | | | | | | |
| 101. - RS GLOBAL NATURAL RESOURCES FUND MF | | | | | Sold | 08/11/14 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 07/10/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. - SALIENT MF TR SLAIENT MLP & ENERGYINFRASTRUCTURE FD Ii CL I MF | | | | | Buy | 08/11/14 | K | | |
| 103. - T ROWE PRICE REAL ESTATE FD MF | | | | | | | | | |
| 104. - VOYA MUT FUNDS INTL REAL ESTATE FUND CL I MF | | | | | Open | 05/05/14 | J | | |
| 105. - WELLS FARGO ADVISORS INTRINSIC VALUE FUND MF | | | | | | | | | |
| 106. - PRIME CASH OBLIGATIONS FUND M/M | | | | | | | | | NOTE E |
| 107. FOUNDATION # 1 | E | Dividend | O | T | | | | | NOTE C |
| 108. - AT&T INC COMM | | | | | | | | | |
| 109. - ABBOTT LABORATORIES COMM | | | | | | | | | |
| 110. - ABBVIE INC COMM | | | | | Sold (part) | 10/07/14 | J | C | |
| 111. - BAXTER INTERNATIONAL INC COMM | | | | | Sold (part) | 10/07/14 | J | B | |
| 112. - BB&T CORP COMM | | | | | | | | | |
| 113. - BP AMOCO COMM | | | | | | | | | |
| 114. - CHEVRON CORPORATION COMM | | | | | | | | | |
| 115. - DUKE ENERGY CORP NEW COMM | | | | | | | | | |
| 116. - EXXON MOBIL CORP COMM | | | | | | | | | |
| 117. - IBM COMM | | | | | Buy | 10/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118. - INTEL CORP COMM | | | | | | | | | |
| 119. - ISHARES SILVER TRUST COMM | | | | | Sold | 02/26/14 | J | | |
| 120. - JOHNSON & JOHNSON COMM | | | | | | | | | |
| 121. - MCDONALDS CORP COMM | | | | | | | | | |
| 122. - NUVEEN MULTI-STRATEGY INCOME & GRTH FUND MF | | | | | | | | | |
| 123. - PFIZER INC COMM | | | | | Sold (part) | 10/07/14 | K | D | |
| 124. - PIEDMONT NATURAL GAS COMM | | | | | | | | | |
| 125. - QUALCOMM INC COMM | | | | | Buy | 10/07/14 | J | | |
| 126. - SCANNA CORP COMM | | | | | | | | | |
| 127. - SPECTRA ENERGY CORP COMM | | | | | | | | | |
| 128. - VERIZON COMMUNICATIONS COMM | | | | | | | | | |
| 129. - WELLS FARGO CO COMM | | | | | | | | | |
| 130. - WELLS FARGO ADVISORS BANK DEPOSIT SWEEP M/M | | | | | | | | | |
| 131. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C. | 07/10/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE A - Under the distributive provisions of the Tust # 1, the income of said trust, within the sole and absolute discretion of the corporate trustee thereof, may be distributed in whole or in part to members. The class of potential distributees may be increased by the birth of additional members and by future marriage of members. The corporate trustee, in its sole discretion, may distribute all or any portion of the corpus of said trust to any one or more such beneficiaries if neccessary to meet the reasonable needs of such beneficiary. James C. Fox was a co-trustee until his resignation and appointment of a successor trustee on August 16, 2006. James C. Fox has a testamentary limited power of appointment with regard to the corpus of the trust.

NOTE B - Under the distributive provisions of the Tust # 2, the income of said trust, within the sole and absolute discretion of the corporate trustee thereof, may be distributed in whole or in part to members. The class of potential distributees may be increased by the birth of additional members and by future marriage of members. The corporate trustee, in its sole discretion, may distribute all or any portion of the corpus of said trust to any one or more such beneficiaries if neccessary to meet the reasonable needs of such beneficiary. James C. Fox was a co-trustee until his resignation and appointment of a successor trustee on August 16, 2006. James C. Fox has a testamentary limited power of appointment with regard to the corpus of the trust.

NOTE C - James C. Fox is a co-trustee of the Foundation # 1, a trust created and operated for charitable, religious, scientific and educational purposes. The assets of the trust approximated $579,118 at December 31, 2014.

NOTE D - Abbreviations used in the descriptions of assets, Part VII include the following: "COMM" designates common stock; "PREF" designates preferred stock; "M/M" designates a cash equivalent money market account; "BOND" designates a corporate bond; "MUNI" designates a tax exempt bond; and "MF" designates a mutual fund.

NOTE E - The 2013 Federal Disclosure Report Part VII, lines 44 and 76 should have reported a transfer from the "Federal Treasury Obligations Fund - Prime Cash Obligations Fund" to the "Prime Cash Obligations Fund." These are both cash equivalent money market funds.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ JAMES C. FOX

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544